**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01189-CR
No. 05-14-01190-CR

**MICHAEL DOWDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F88-86404-M, F88-89370-M**

## ORDER

The Court **REINSTATES** the appeals.

On January 20, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 27, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 20, 2015 order requiring findings.

We **GRANT** the January 27, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** appellant's January 27, 2015 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this

order, supplemental records containing appellant's April 26, 2012 pro se "Motion for DNA Testing."

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE